AARON WEISBERG et al., Respondents, v. CENTRAL GREYHOUND LINES OF N. Y., INC., Appellant, and CAROL NEWMAN, Respondent. (Action No. 1.) ELIZABETH NEWMAN et al., Respondents, v. CENTRAL GREYHOUND LINES OF N. Y., INC., Appellant. (Action No. 2.) — Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for consolidation granted. The convenience of the parties and the court would best be served by consolidation of the actions. Action No. 1 should be consolidated with action No. 2, under the calendar number already assigned to action No. 2. Unless

plaintiffs in both actions should otherwise agree among themselves, plaintiffs in action No. 2 shall have the right to open and close.  Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.